## LACLEDE GAS COMPANY, Plaintiff-Appellant,

v.

## FIRST NATIONAL BANK IN ST. LOUIS, as Trustee, et al., Defendants,

and

## Energy Operations, Inc., Defendant-Respondent.

### No. 44358.

Missouri Court of Appeals,
Eastern District,
Division One.

May 31, 1983.

Motion For Rehearing and/or Transfer to Supreme Court Denied July 15, 1983.

Application to Transfer Denied
Sept. 20, 1983.

Paul B. Hunker, Jr., St. Louis, for plaintiff-appellant.

Herbert S. Kassner, New York City, James S. McClellan, St. Louis, for defendant-respondent.

## ORDER

PER CURIAM:

Action on contract. The trial court dismissed plaintiff's cause of action at the close of all the evidence because the action against the agent of a disclosed principal was against the wrong party. The judgment of the trial court is affirmed. Rule 84.16(b).